**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**HEARING DATE: June 25, 2019**
**HEARING TIME: 1:00 p.m.**
**LOCATION: Tacoma, Washington**
**RESPONSE DUE: June 18, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | Case. No: 19-41010-MJH |
| AMY MELISSA BOYD, | TRUSTEE'S OBJECTION TO EXEMPTIONS AND NOTICE OF HEARING |
| Debtor. | |

## NOTICE

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Objection to Exemptions will be heard before the Honorable Mary Jo Heston at **1:00 p.m. on June 25, 2019** at the Union Station, 1717 Pacific Avenue, Tacoma, Wa., 98402, Courtroom H.

**IF YOU OPPOSE** this objection, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **June 18, 2019**. You should also appear at the time of hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

//

//

TRUSTEE'S OBJECTION TO EXEMPTIONS
AND NOTICE OF HEARING - 1

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402

# OBJECTION

**COMES NOW**, Michael G. Malaier, Chapter 13 Trustee, and hereby objects to Debtor's claimed exemptions pursuant to Fed. R. Bankr. P. 4003(b). Trustee makes this objection without limitation to those exemptions set forth on Schedule C of the bankruptcy schedules filed in this case. Trustee objects to specific exemptions as outlined in the table below as follows:

| Description of property | Statute(s) Cited | Exemption Claimed | Petition Value | Trustee's Estimated Value |
|---|---|---|---|---|
| 19623 139TH St. E. Bonney Lake, WA | RCW §§ 6.13.010; 6.13.020; 6.13.030 | $125,000.000 | $487,249.00 | Unknown |

The property commonly known as 19623 139th St. E., Bonney Lake, Washington, does not qualify as debtor's homestead. The claimed exemption applies only to "real or personal property that the owner uses as a residence. In the case of a dwelling house or mobile home, the homestead consists of the dwelling house or the mobile home in which the owner *resides or intends to reside*" RCW § 6.13.010 (emphasis added). In the present case, the debtors reside at 11113 185th Ave. E., Bonney Lake, Washington. ECF # 1, pg. 2. Based on debtor's original plan, the intent was to surrender the property, not retain it as a residence. ECF # 2. Further, based on debtors amended plan (ECF #18), debtor's estranged husband is living in the property and making the payments on the loan. As such, the debtor is neither living in the home, nor does she intend to live in the home. Therefore, her claimed homestead exemption should be disallowed.

**DATED** this 28th Day of May 2019.

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA# 40476, for
Michael G. Malaier, Chapter 13 Trustee

TRUSTEE'S OBJECTION TO EXEMPTIONS
AND NOTICE OF HEARING          - 2

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402

## CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States that I caused to be mailed via regular mail a true and correct copy of Trustee's Objection to Exemptions and proposed Order to the following:

Amy Melissa Boyd
11113 – 185th Ave. E.
Bonney Lake, WA 98391

The following parties received Trustee's Objection to Exemptions and proposed Order via ECF:

Ellen Ann Brown
Lesley Lueke
U.S. Trustee

Executed at Tacoma, Washington this 28th day of May, 2019.

/s/ Tracy Maher
Tracy Maher
Motion Coordinator for
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO EXEMPTIONS
AND NOTICE OF HEARING     - 3

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402