# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

AMY MELISSA BOYD

   Debtor(s)

Chapter 7 Bankruptcy
No. 19-42432-BDL

EX PARTE
ORDER ON MOTION TO WITHDRAW AS
ATTORNEY FOR DEBTOR(S)

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN and the Law offices of Brown and

Seelye PLLC, is hereby allowed to withdraw as attorney of record for the debtor(s) in the

above-entitled matter.

///end of order///

Presented By:

/s/ Ellen Ann Brown

_____

ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

Approved by:

_AmyＭelissa Boyd_

AMY MELISSA BOYD WSB 28825
Debtor

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

BROWN and SEELYE
Attorneys at Law
744 South Fawcett
Tacoma, WA 98402
253.573.1958
Fax 866-422-6196