Submitted But not Entered.



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**Order contains the wrong case number.**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Chapter 7 Bankruptcy |
| | No. 19-42432-BDL |
| AMY MELISSA BOYD | |
| | EX PARTE |
| Debtor(s) | ORDER ON MOTION TO WITHDRAW AS |
| | ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN and the Law offices of Brown and Seelye PLLC, is hereby allowed to withdraw as attorney of record for the debtor(s) in the above-entitled matter.

///end of order///

Presented By:                          Approved by:

/s/ Ellen Ann Brown

_____        _____
ELLEN ANN BROWN WSB27992            AMY MELISSA BOYD WSB 28825
Attorney for Debtor(s)              Debtor

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

BROWN and SEELYE
Attorneys at Law
744 South Fawcett
Tacoma, WA 98402
253.573.1958
Fax 866-422-6196

Case 19-41010-MJH    Doc 44    Filed 09/13/19    Ent. 09/13/19 09:31:02    Pg. 1 of 1