**Below is the Order of the Court.**

_Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Case No. 19-41010-MJH |
| AMY MELISSA BOYD, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

THIS MATTER having come before the Court on Pingora Loan Servicing, LLC's ("Movant") Motion for Relief from Automatic Stay, proper notice having been given, the Court having examined the files and records, and having considered oral argument, if any, it is

**ORDERED** that:

1. The automatic stay of 11 U.S.C. § 362(a) is terminated as it applies to the enforcement by Movant of all of its rights in the real property commonly known as 19623 139th St E, Bonney Lake, Washington 98391 (the "Property"), which is legally described as:

LOT 108, COLUMBIA VISTA AT CASCADIA - PHASE 2, ACCORDING TO PLAT RECORDED OCTOBER 31, 2013 UNDER RECORDING NO. 201310315002, RECORDS OF PIERCE COUNTY, WASHINGTON.

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
Page 1

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471

2. Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law;

3. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject promissory note as allowed under applicable non-bankruptcy law;

4. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

///End of Order///

Presented By:

**ALDRIDGE PITE, LLP**


/s/Lesley D. Bohleber
LESLEY D. BOHLEBER WSBA# 49150
Attorneys for Pingora Loan Servicing, LLC

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
Page 2

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471